

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joyce M. Rankine, Lawrence S. Stanton | Civil Action No. 12cv02065-MMA-BLM |
| **Plaintiff,** | |
| V. | |
| Roller Bearing Company of America, Inc. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Plaintiffs' motion for summary judgment in its entirety.  Accordingly,

 Plaintiff JOYCE M. RANKINE shall recover from Defendant ROLLER BEARING COMPANY OF AMERICA, INC. the amount of $878,985.35, which includes the sum due under the parties' contract in addition to prejudgment interest at the rate of 6.5% annum.

 Plaintiff LAWRENCE S. STANTON shall recover from Defendant ROLLER BEARING COMPANY OF AMERICA, INC. the amount of $219,739.81, which includes the sum due under the parties' contract in addition to prejudgment interest at the rate of 6.5% annum.

| | |
|---|---|
| **Date:**   11/5/2013 | **CLERK OF COURT** |
| | **W. SAMUEL HAMRICK, JR.** |
| | By:  s/  V. Mosqueda |
| | V. Mosqueda, Deputy |